DSS:TF
F.# 2013R01046

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

AHMAD SHEIKHZADEH,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**I N D I C T M E N T**

Cr. No. _____ **CR15 182**

(T. 26, U.S.C., § 7206(2); T. 18, U.S.C.,
§§ 3551 et seq.)

**CHEN, J.**

**LEVY, M.J.**

FILED
CLERK
2015 APR 13 PM 2:49
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

THE GRAND JURY CHARGES:

<u>Aiding and Assisting in the Presentation of a False Individual Income Tax Return</u>

On or about April 15, 2009, within the Southern District of New York, the defendant AHMAD SHEIKHZADEH did knowingly and willfully aid and assist in, and procure, counsel and advise the preparation and presentation under, and in connection with matters arising under, the internal revenue laws, of returns, claims and other documents, specifically a United States Individual Income Tax Return Form 1040 for the defendant AHMAD SHEIKHZADEH for the tax year period ending on December 31, 2008, which return was false and fraudulent as to material matters, in that the return reported that the defendant AHMAD SHEIKHZADEH received business income in the amount of $23,000

when, as the defendant AHMAD SHEIKHZADEH then and there well knew and believed, he received business income substantially in excess of $23,000.

(Title 26, United States Code, Section 7206(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON


_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

2

F. #2013R01046  
FORM DBD-34  
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*AHMAD SHEIKHZADEH,*

Defendant.

# INDICTMENT

(T. 26, U.S.C., § 7206(2);  
T. 18, U.S.C., §§ 3551 et seq.)

*A true bill*

_____  
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____  
*Clerk*

*Bail, $* _____

*Daniel Silver/Tali Farhadian, Assistant U.S. Attorneys (718) 254-6034/6290*