

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SDD:TF/PB
F.#2013R01046

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2016

<u>By Hand and ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. John Doe
> <u>Criminal Docket No. 15-182 (S-1) (PKC)</u>

Dear Judge Chen:

      The government respectfully submits this letter to notify the Court that it anticipates filing tomorrow a motion and proposed order to close the courtroom for a proceeding, wherein it will request that, following a hearing, the motion and any order entered by the Court be filed under seal.

      The government also writes to confirm that a hearing on the anticipated motion has been scheduled for Friday, March 4, 2016, at 4:00 p.m. in Courtroom number 4F North, at which time the government intends to file the motion and proposed order under seal.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:     /s/
Tali Farhadian
Peter W. Baldwin
Assistant U.S. Attorneys
(718) 254-6290/6236