

**U.S. Department of Justice**

Justice Management Division

*Security and Emergency Planning Staff*

*Washington, D.C. 20530*

**MAR 0 9 2016**

The Honorable Pamela K. Chen
United States District Court
    for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                RE: <u>United States of America v. John Doe</u>
                     15-cr-182

Dear Judge Chen:

Pursuant to paragraph 2 of the "SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Harry J. Rucker, Security Specialist, for the position of classified information security officer in the above-captioned case. I also recommend security specialists Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriguez-Feo, and W. Scooter Slade as alternate classified information security officers. In addition, I certify that the above-mentioned individuals are cleared for the level and category of classified information that will be involved in this litigation. Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties as outlined in the above-cited procedures.

If you have any questions please call me on (202) 514-2094 or Joan B. Kennedy, Associate Director, on (202) 514-9016.

Sincerely,

*James J. Dunlap*

James L. Dunlap
Department Security Officer