UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v.-

JOHN DOE,

                             Defendant.
------------------------------------------------------------------X

ORDER

CR-15-00182 (PKC)

**It is hereby ORDERED**, in accordance with Section 9 of the Classified Information Procedures Act ("CIPA") and the Security Procedures promulgated under Section 9, that the Court designates Harry J. Rucker as the Classified Information Security Officer in this case.

It is further **ORDERED** that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Rucker is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriguez-Feo, and W. Scooter Slade.

It is further **ORDERED** that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

DATED: Brooklyn, New York

      **March 11, 2016**

                                              s/PKC

                                      PAMELA K CHEN,
                                      UNITED STATES DISTRICT JUDGE