# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361| 718.279.4500 | stevezissou@stevezissouesq.com

April 11, 2016

**BY ECF**

Honorable Pamela K. Chen
United States District Judge
225 Cadman Plaza East
Brooklyn New York 11201

    Re:    *United States of America v. Ahmad Sheikhzadeh*
            Criminal # 15-cr-182 (PKC)

Dear Judge Chen:

    As directed, I write to advise the Court that as of today, Mr. Sheikhzadeh has been unable to obtain counsel willing to take on his defense given his limited available financial assets.

    I am available at your earliest convenience should the Court wish to address this issue at a status conference.

    I trust that this is satisfactory.

    Thank you very much for your consideration in this matter.

                                        Respectfully submitted,

                                        *Steve Zissou*

                                        Steve Zissou

sz/coc
cc: AUSA's Farhadian and Baldwin
       Ahmad Sheikhzadeh (by email)