

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PB
F. #2013R01046

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 2, 2017

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Ahmad Sheikhzadeh
               Criminal Docket No. 15-182 (PKC)

Dear Judge Chen:

      By this letter, the parties jointly request an adjournment of the sentencing hearing in the above-captioned case, currently scheduled for March 30, 2017. The parties make this request to allow for additional time to provide relevant information to the Probation Department in connection with the Presentence Report and to complete their own sentencing submissions. The requested adjournment also will allow the Probation Department additional time to complete the Presentence Report and disclose it to the parties with sufficient lead time in advance of sentencing. The defendant is not in custody. If the Court grants this request, the parties request that the sentencing be adjourned to May 23, 2017 or May 24, 2017, which are dates that the parties understand are available for the Court. Thank you for attention to this matter.

                                      Respectfully submitted,

                                      ROBERT L. CAPERS
                                      United States Attorney

                    By:    /s/ Peter W. Baldwin
                           Peter W. Baldwin
                           Assistant U.S. Attorney
                           (718) 254-6236

cc:    Steve Zissou, Esq. (by ECF and Email)